IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNTRUST BANK,

    Plaintiff,

vs.                    CASE NO.: 8:10-cv-02616-EAK-EAJ

JAMES R. ADAMS a/k/a
JAMES ADAMS a/k/a
JAMES T. ADAMS a/k/a
JAMES RUSSELL ADAMS,

    Defendant.

_____/

## FINAL DEFAULT JUDGMENT

THIS MATTER came before the Court on Plaintiff's Motion for Final Default Judgment [DE 13] against Defendant James R. Adams, also known by the above-captioned aliases. The Court finds that an evidentiary hearing is not required, the matter is otherwise ripe for review and finds as follows:

### PROCEDURAL BACKGROUND

On November 19, 2010 Plaintiff filed suit against Defendant for breach of an Instrument in the sum of $135,000.00 executed by Defendant in favor of Plaintiff, [DE 1: Complaint, Exhibit 1] to which summons issued, [DE 2] served upon Defendant on February 9, 2011, [DE 7] with the response due by March 2, 2011.

Defendant failed to file responsive pleadings as required by Fed. R. Civ. P. 12. and on March 16, 2011, Plaintiff moved for default, [DE 8] granted on March 17, 2011, [DE 9] per Fed.

R. Civ. P. 55(a), and then moved for Final Default Judgment. [DE 13]

## DISCUSSION

Pursuant to Fed. R. Civ. P. 55(b)(1), Plaintiff is entitled to final judgment for the liquidated sums sought in this case, which are capable of mathematical computation or ascertainment from definite figures conducted in the documentary evidence or in detailed affidavits. *Dundee Cement Co. v. Howard Pipe & Concrete Prods.*, 722 F.2d 1319, 1323 (7th Cir. 1983) (citing *United Artists Corp. v. Freeman*, 605 F.2d 854, 857 (5th Cir. 1979); *Adolph Coors, Co. v. Movement Against Racism and the Klan*, 777 F.2d 1538, 1543 (11th Cir. 1985); *United Artists Corp. v. Freeman*, 605 F.2d 854, 857 (5th Cir. 1979). Under the Instrument, Plaintiff seeks the principal sum of $181,951.49 and the costs of this action, per an Affidavit, [DE 13, Exhibit 1] which the Court finds is sufficient to support Plaintiff's damages claim.

## CONCLUSION

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Final Default Judgment is GRANTED

and judgment is granted on behalf of Plaintiff against Defendant in the total amount of $181,951.49, and the costs of this action in the amount of $350.00.

DONE AND ORDERED in chambers at Tampa, Hillsborough County, Florida, this 28th day of June 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF FLORIDA

Cc:

Summer Hughes-Smoot
Florida Bar No. 667651
Email: sjhughes@jflegal.com
JOHNSON & FREEDMAN, L.L.C
1587 Northeast Expressway
Atlanta, Georgia 30329
Telephone: (678) 298-8817
Facsimile: (404)329-8023
Attorneys for Plaintiff


James Adams
728 Northwest Highway, #275
Fox River Grove, IL 60021
Defendant *Pro-Se*